**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, NA, | No. C 10-1062 JSW |
| Plaintiff, | **SUA SPONTE REFERRAL ORDER** |
| v. | |
| MARY C. RICHARDS and GREGORY-DAVID FRANCESCO GIORGI, | |
| Defendants. | |

Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Claudia Wilken to determine whether it is related to *Giorgi v. Wells Fargo Bank N.A., et al.*, Case No. 09-1335 CW and *Giorgi v. Bank of America*, 09-6112 CW.

**IT IS SO ORDERED.**

Dated: March 16, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Judge Claudia Wilken

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICA,

        Plaintiff,

  v.

MARY C. RICHARDS et al,

        Defendant.

Case Number: CV10-01062 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory David Franesco Giorgi
126 Stadium Avenue
Mill Valley, CA 94941-3593

Dated: March 16, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk