IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory-David Giorgi Francesco,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Adams, et al.<br><br>　　　　Defendants.<br>_____/ | No. C-10-1138 JL<br><br>JUDICIAL REFERRAL<br>FOR PURPOSE OF<br>DETERMINING<br>RELATIONSHIP OF<br>CASES |

　　Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned case to District Judge Wilken to consider whether this case is related to C-10-1062, Bank of America v. Richards (Giorgi).  Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

Dated: March 31, 2010

　　　　　　　　　　　　　　　　　　　　　/s/ James Larson
　　　　　　　　　　　　　　　　　　　　　JAMES LARSON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge