IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., | No. C 10-01062 CW |
|     Plaintiff, | ORDER DENYING DEFENDANTS' MOTION FOR RECUSAL AND MOTION TO VACATE ORDER RELATING CASES (Docket Nos. 9 and 12) |
|     v. | |
| MARY C. RICHARDS and GREGORY DAVID FRANCESCO GIORGI, | |
|     Defendants. / | |

    On March 17, 2010, Defendants Mary C. Richards and Gregory David Francesco Giorgi filed a Motion for Recusal of a Judicial Officer, pursuant to 28 U.S.C. § 455(b)(4).  Thereafter, Defendants moved to vacate the Court's order relating this action to their prior cases, asserting the same arguments contained in their motion for recusal.

    Under 28 U.S.C. § 455(b)(4), judges must recuse themselves if they have "a financial interest in the subject matter in controversy or in a party to the proceeding."  The judge to whom a motion under § 455 is addressed decides whether recusal is necessary.  Bernard v. Coyne, 31 F.3d 842, 843 (9th Cir. 1994). Judges need not take allegations as true.  See United States v. Balistrieri, 779 F.2d 1191, 1202 (7th Cir. 1985); cf. United States

v. Azhocar, 581 F.2d 735, 740 (9th Cir. 1978) (finding bare allegation insufficient to sustain disqualification under 28 U.S.C. § 144).

Defendants allege that the undersigned owns "private investments in the banking industry." Mot. at 1. However, they present no evidence explaining why they believe this to be true. Even if it were, it would not support a claim of a financial interest in the subject matter of the proceeding or a party, such as Bank of America. Accordingly, Defendants' motion for recusal (Docket No. 9) and motion to vacate the related case order (Docket No. 12) are DENIED.

IT IS SO ORDERED.

Dated: April 15, 2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICA, NA,

        Plaintiff,

  v.

RICHARDS, et al.,

        Defendants.
                                               /

Case Number: CV10-01062 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Mary C. Richards
Gregory David Francesco Giorgi
126 Stadium Avenue
Mill Valley, CA 94941-3593

Dated: April 15, 2010

                                        Richard W. Wieking, Clerk
                                        By: M. Pilotin, Deputy Clerk